IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Boston Scientific Corp.*
*Pelvic Repair System Products Liability Litigation*
*MDL No. 2326*

Civil Action No. 2:14-cv-19088

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Christie Bartelt

2. Plaintiff Husband (if applicable):

   David Bartelt

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. State of Residence:

   Arkansas

5. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Arkansas or District of Massachusetts

6. Defendants (Check Defendants against whom Complaint is made):

   X    A. Boston Scientific Corporation

Revised: 5/28/14

☐    B.  American Medical Systems, Inc. ("AMS")

☐    C.  Johnson & Johnson

☐    D.  Ethicon, Inc.

☐    F.  C. R. Bard, Inc. ("Bard")

☐    G.  Sofradim Production SAS ("Sofradim")

☐    H.  Tissue Science Laboratories Limited ("TSL")

☐    I.  Mentor Worldwide LLC

☐    J.  Coloplast Corp.

☐    K.  Cook Incorporated

☐    L.  Cook Biotech, Inc.

☐    M.  Cook Medical, Inc.

☐    M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐    N.  Neomedic International, S.L.

☐    O.  Neomedic Inc.

☐    P.  Specialities Remeex International, S.L.

7. Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

¶3, 4, 5, 6 _____

_____

_____

2

B. Other allegations of jurisdiction and venue:

<u>The device in question was implanted in Arkansas and upon information and belief, was manufactured by a company based in Massachusetts.  Accordingly, in the event of remand from the MDL court, Plaintiff believes the issue of which venue this case should be remanded to should be subject to briefing and argument.</u>

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☐ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- X  The Obtryx Transobturator Mid-Urethral Sling System;
- ☐ The Prefyx PPS System;
- ☐ The Solyx SIS System; and/or
- ☐ Other

_____

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☐ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;

    X       The Obtryx Transobturator Mid-Urethral Sling System;

    ☐       The Prefyx PPS System;

    ☐       The Solyx SIS System; and/or

    ☐       Other

10. Date of Implantation as to Each Product:

    July 13, 2009

11. Hospital(s) where Plaintiff was implanted (Including City and State):

    Baptist Health Medical Center; Little Rock, Arkansas

12. Implanting Surgeon(s):

    Edwin A. Diaz, MD

13. Counts in the Master Complaint brought by Plaintiff(s)

    X       Count I – Negligence

    X       Count II – Strict Liability – Design Defect

    X       Count III – Strict Liability – Manufacturing Defect

    X       Count IV – Strict Liability – Failure to Warn

X        Count V - Breach of Express Warranty

X        Count VI – Breach of Implied Warranty

X        Count VII (by the Husband) – Loss of Consortium

X        Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

X        Count IX – Punitive Damages

☐        Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

_____

☐        Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

_____

Date:   June 22, 2014                                s / Genevieve Zimmerman

Address and bar information:

                                                     Genevieve M. Zimmerman, Esq. MN330292
                                                     Jacqueline A. Olson, Esq. MN391848
Zimmerman Reed, PLLP                                 Attorneys for Plaintiff

1100 IDS Center

80 South 8th Street

Minneapolis, MN 55402